# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 2, 2019

158568-9

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

                               SC: 158568-9
                               COA: 339247, 339266
                               Kent CC: 16-008533-FC
                                             16-008535-FC

DIVONE ANTOINE RICE,
        Defendant-Appellant.

_____/

      On order of the Court, the application for leave to appeal the August 21, 2018 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 2, 2019



                                     Clerk

t0624